[Strafford, June, 1886.]

### SANBORN *v.* WARD *& Trs. and* SAYWARD *& a., claimants.*

FOREIGN ATTACHMENT.   The trustees are the Norway Plains Co. and Sayward & Co.   The writ was served May 25, 1885.   Before that time the defendant, who was employed by the Norway Plains Co., assigned to Sayward & Co. his wages then due and which might become due prior to March 1, 1886.   Since the service of the writ the Norway Plains Co. have paid to Sayward & Co. under the assignment $317.38, and hold in their hands subject to it the sum of $56.50.   At the time of the service the defendant owed $87.44 to Sayward & Co., who have since furnished him with

goods of the value of $244.60, and loaned him in small sums $72.78. They have received said sum of $317.38, and the defendant now owes them $86.71.

*F. Goodwin,* for the plaintiff.

*Sanborn & Cochrane,* for the trustees.

CARPENTER, J. It does not appear that the Norway Plains Co. were indebted to the defendant at the time of the service of the writ, and they are not chargeable on account of the labor subsequently performed by the defendant. G. L., *c.* 249, *s.* 40. Sayward & Co. cannot be charged, because it is not shown that they have ever been indebted to the defendant. There is no finding, and no evidence, of fraud. The question whether the assignment (it being of funds exempt from attachment) could be fraudulent as against creditors (*Currier* v. *Sutherland,* 54 N. H. 475), or whether it is invalid for any cause, is not raised.

*Trustees discharged.*

BINGHAM, J., did not sit: the others concurred.